IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

PRESTON JOSEPH ROBINSON              §

VS.                                  §        CIVIL ACTION NO.  1:08-CV-422

JODY R. UPTON                        §

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Preston Joseph Robinson, a prisoner confined at the Federal Correctional Complex

in Beaumont, Texas, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to

28 U.S.C. § 2241.

The court ordered that this matter be referred to the Honorable Earl S. Hines, United States

Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of

this court.  The magistrate judge recommends that the petition be dismissed without prejudice to

allow petitioner to exhaust administrative remedies.

The court has received and considered the Report and Recommendation of United States

Magistrate Judge filed pursuant to such order, along with the record, pleadings and all available

evidence.  No objections to the Report and Recommendation of United States Magistrate Judge were

filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered in this case in accordance with the magistrate judge's recommendation.

**SIGNED** this the 29 day of **December, 2008.**

_____
Thad Heartfield
United States District Judge